IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY ASHLEY**                                                                             **PLAINTIFF**

**VS.**                              **4:18-CV-00049-BRW**

**SUSAN WEBBER WRIGHT,** *et al***.**                                    **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of February, 2018.

                                                        /s/ Billy Roy Wilson _____
                                                        UNITED STATES DISTRICT JUDGE